UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-01268-DDP-KS | Date | September 22, 2020 |
|---|---|---|---|
| Title | Great American Insurance Company of New York v. American President Lines, LLC et al | | |

Present: The Honorable  DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE

| Patricia Gomez | Not Applicable |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**     (IN CHAMBERS ) ORDER

In light of the Notice of Settlement filed September 21, 2020, the Court sets a hearing on Order to Show Cause Re Dismissal for October 26, 2020 at 10:00 a.m. If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar, all pending dates will be vacated and no appearance is needed.

00 : 00

Initials of Preparer   PG